DICKINSON WRIGHT PLLC
JOHN P. DESMOND
State Bar No. 5618
Email: jdesmond@dickinsonwright.com
JUSTIN J. BUSTOS
State Bar No. 10320
Email: jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Defendants,
Ryan J. Lisk, Denise L. Lisk, and
Coastal Construction and
Consulting, LLC*

\_\_\_ FILED  \_\_\_ RECEIVED
\_\_\_ ENTERED  \_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MAX SNYDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM LISK, an individual; RYAN JOSEPH LISK, an individual; DENISE LYS LISK, an individual, COASTAL CONSTRUCTION AND CONSULTING LLC, a North Carolina Limited Liability Company, DOES 1 through 10 and ROES 11 through 20,<br><br>Defendants. | Case No.: 3:17-CV-00537-LRH-VPC |

### STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT PLAINTIFF TO AMEND HIS VERIFIED COMPLAINT

(First Request)

Defendants Ryan Joseph Lisk, Denise Lys Lisk, and Coastal Construction and Consulting LLC, by and through their attorneys, Dickinson Wright PLLC, and Plaintiff Raymond Max Snyder ("Plaintiff"), by and through his attorneys, The Wasielewski Law Firm, Ltd., stipulate and agree as follows:

1. Plaintiff filed his Verified Complaint on September 6, 2017. Plaintiff served Ryan J. Lisk, Denise L. Lisk, and Coastal Construction and Consulting, LLC with process on

1  November 2, 2017. Pursuant to the November 15, 2017, Stipulation and Order for Extension of Time to Respond to Plaintiff's Verified Complaint (ECF No. 5), the deadline for these Defendants to respond to the Complaint is currently December 13, 2017.

2. Defendant Adam Lisk is not represented by Dickinson Wright PLLC and is not subject to this stipulation.

3. Plaintiff represents that Adam Lisk has agreed to waive formal service and shall be providing a signed acceptance of service.

4. Defendants Ryan J. Lisk, Denise L. Lisk, and Coastal Construction and Consulting, LLC have provided Plaintiff with sworn declarations regarding certain matters in the Verified Complaint.

5. Plaintiff has informed Defendants Ryan J. Lisk, Denise L. Lisk, and Coastal Construction and Consulting, LLC that he needs additional time to amend the Verified Complaint.

6. Plaintiff and Defendants therefore agree that Plaintiff should have up to and including December 29, 2017 to amend his Verified Complaint.

7. To the extent Defendants Ryan J. Lisk, Denise L. Lisk, and Coastal Construction and Consulting, LLC remain parties to this action, their responsive pleading shall be due within twenty-one (21) days from the filing date of the Verified Amended Complaint.

///
///
///
///
///
///
///
///
///

8. This is the first stipulation between Plaintiff and these Defendants to permit Plaintiff to file an Amended Complaint.

DATED this 13th day of December, 2017.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno, NV 89501

*Attorneys for Defendants,
Ryan J. Lisk, Denise L. Lisk, and
Coastal Construction and
Consulting, LLC*

DATED this 13th day of December, 2017.

THE WASIELEWSKI LAW FIRM, LTD.

/s/ Andrew Wasielewski
ANDREW WASIELEWSKI
Nevada Bar No. 6161
8275 S. Eastern Avenue
Suite 114
Las Vegas, NV 89123

*Attorneys for Plaintiff Raymond Max Snyder*

\* \* \*

## ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: December 15, 2017

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Dickinson Wright PLLC, and that on this date a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO AMEND HIS VERIFIED COMPLAINT will be served upon counsel of record via the Court's CM/ECF System electronic mail.

DATED this 13th day of December, 2017.

/s/ Cindy Grinstead
An Employee of Dickinson Wright, PLLC