## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND MAX SNYDER, ) | 3:17-CV-0537-LRH (VPC) | |
| ) | | |
| Plaintiff, ) | **MINUTES OF THE COURT** | |
| ) | | |
| vs. ) | January 8, 2018 | |
| ) | | |
| ADAM LISK, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's emergency motion to extend time for service of summons and complaint and for order allowing publication of service (ECF No. 10). In the motion, plaintiff refers to an affidavit of due diligence; however, this affidavit is not attached to the motion. Therefore, plaintiff's motion (ECF No. 10) is **DENIED without prejudice.** Plaintiff shall have leave to file a corrected motion on or before **Friday, January 12, 2018.** Plaintiff shall also include a proposed order to extend time for service of summons and for publication for the court's consideration.

   **IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk