DEBRA M. AMENS, ESQ.
Amens Law, Ltd., Nevada Bar No. 12681
P.O. Box 488, Battle Mountain, NV 89820
T: 775-235-2222 F: 775-635-9146
Email: debra@amenslawfirm.com

*The undersigned affirms that this document does not contain a social security number.*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 09 2018

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MAX SNYDER, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ADAM LISK, an individual, RYAN JOSEPH LISK, an individual, DENISE LYS LISK, an individual, COASTAL CONSTRUCTION AND CONSULTING LLC, a North Carolina Limited Liability Company, DOES 1 through 10 and ROES 11 through 20,<br><br>Defendants. | CASE NO.  3:17-cv-00537<br><br>ORDER<br><br>**SUBSTITUTION OF ATTORNEY** |

**THE COURT AND ALL PARTIES ARE NOTIFIED THAT:**

ANDREW WASIELEWSKI, Esq., Counsel for Plaintiff, RAYMOND MAX SNYDER, in the above-referenced action, does hereby consent to the substitution of DEBRA M. AMENS, Esq. and the law firm of Amens Law, Ltd., in the above-entitled action. The law firms' current address and phone number is as follows:  P.O. Box 488, Battle Mountain, Nevada 89820; (775) 235-2222.

DATED: this 5th of October, 2018.

*/s/ Andrew Wasielewski*
ANDREW WASIELEWSKI, Esq.
Nevada Bar No. 6161

SUBSTITUTION OF ATTORNEY - 1

I, RAYMOND Max SNYDER., Plaintiff herein, consent and request this substitution.

DATED: this 17th of September, 2018.

_____
RAYMOND "MAX" SNYDER

I, DEBRA M. AMENS, Esq. hereby accept and agree to act as attorney of record in the above-entitled action.

DATED: this 28th of September, 2018.

_____
DEBRA M. AMENS, Esq.
Nevada Bar No. 12681

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 10/9/2018

SUBSTITUTION OF ATTORNEY - 2

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that am an employee of AMENS LAW, LTD, and that on the ___8th___ day of October, 2018, I served a copy of the SUBSTITUTION OF ATTORNEY by delivering a true and correct copy of same in a sealed envelope by first class U.S. Mail, to the following:

>ANDREW WASIELEWSKI, ESQ
>8275 S. Eastern Avenue, Suite 114
>Las Vegas, NV 89123

_____
TAWNIE BLACK, Paralegal